Donald J. Cassidy, Respondent, v. Order of Owls, Nest 1606, Incorporated, Appellant.— Defendant has appealed from a judgment of the Madison County Trial Term of Supreme Court in plaintiff's favor in the sum of $156. The case was tried before the court, without a jury, on an agreed statement of facts. Defendant is a fraternal organization of which plaintiff was a member. His dues in the organization were paid to January 1, 1938. On December 27, 1937, plaintiff became a patient in a hospital for the treatment of mental disturbances and he was confined in that institution and similar institutions until December 17, 1939. Under the constitution and by-laws of the defendant a member is entitled to a donation of six dollars a week for thirteen weeks in each year during which he is incapacitated. Defendant resisted payment on the ground that plaintiff failed to give it notice of his illness, and also that under a by-law of the order he forfeited his rights in the organization because of failure to pay dues during the period of his illness. It is conceded that defendant's officers knew of plaintiff's illness. It is likewise conceded that plaintiff was not given any notice of any suspension and that in fact the organization was indebted to him for sick benefits. Judgment unanimously affirmed, with costs and disbursements of this appeal to plaintiff. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

Henry Bellrose, Respondent, v. Helen Whipple, Appellant.— Appeal from a judgment in a negligence action. Plaintiff was a passenger in a car driven by defendant. Defendant drove the car off from the pavement across the shoulder of the road and into the ditch where it capsized. The concrete portion of the highway was twenty-seven feet wide. There is evidence that the accident occurred about the time that the defendant's car met a car traveling in the opposite direction. She did not take the witness stand. Plaintiff testified that defendant said that she drove off in the field and that " the lights blinded her." It appears that the defendant did not reduce the speed of the car at any time. The finding of negligence is sustained. Judgment and order unanimously affirmed, with costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of Ethel L. Furnia, as Administratrix, etc., of Dustin D. Furnia, Deceased, Appellant, for an Order under Article 78 of the Civil Practice Act, against Elmer J. Murphy, Mayor, and Howard G. Gray and Others, Trustees, Constituting the Village Board of the Village of Potsdam, New York, Respondents.— Appeal from an order dismissing petition. Order appealed from modified so as to dismiss the petition upon the merits, without costs, and, as so modified, affirmed, without costs. Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ., concur.